**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUNTINGTON INGALLS INCORPORATED,<br>4101 Washington Ave,<br>Newport News, VA 23607<br><br>       Plaintiff,<br><br>          v.<br><br>LOCKHEED MARTIN CORP.,<br>c/o Maritime Systems and Training Unit<br>300 M Street, S.E.<br>Washington, DC 20003,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:17-cv-1810 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

    1.    Plaintiff, Huntington Ingalls Incorporated ("Huntington"), brings this action to enjoin the imminent breach of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that it entered into with Defendant, Lockheed Martin Corporation ("Lockheed") and to prevent the ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮.

    2.    Huntington risks the ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮.

    3.    To prevent ▮▮▮▮▮, Huntington requests that the Court enter a temporary restraining order and preliminary injunction prohibiting Lockheed from ▮▮▮▮▮▮.

1

## JURISDICTION AND VENUE

4.      This court has jurisdiction over Huntington's claims under 28 U.S.C. § 1332(a) because there exists complete diversity between the parties and the value of the matter in controversy exceeds $75,000.

5.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims asserted in this action occurred in this judicial district.

## THE PARTIES

6.      Plaintiff, Huntington Ingalls Incorporated, is a Virginia corporation headquartered in Newport News, Virginia.  Huntington is a major U.S. shipbuilder and military contractor.

7.      Defendant, Lockheed Martin Corporation, is a Maryland corporation headquartered in Maryland.  Lockheed is a major U.S. government contract that procures contracts related to aerospace, defense, security, and advanced technologies.

## STATEMENT OF FACTS

The ███████████████████████ and Exchange of ████████████████████

8.      On June 30, 2016, Huntington and Lockheed entered into ████████ ████████████████████.  The express purpose of that agreement was to enable ███ ████████████████████████████████ ████████████████████

9.      ████████████████████████████ ████████████████████████████████ ████████████████████████

10.     Under the ███, a party receiving proprietary information shall ████████ ████████████████████████████████ ████████████████████████████████

2



11.     Lockheed and Huntington specifically agreed in the ███████████

12.     After the execution of the ███, in the second half of 2016 and in 2017, Lockheed

13.     Huntington responded by providing Lockheed ███████████

**The Litigation and Arbitration Between Fincantieri S.p.A. and Lockheed**

14.     On July 7, 2017, Fincantieri S.p.A. ("Fincantieri") filed a complaint in this Court

seeking injunctive relief for alleged breaches of a contract (the "Teaming Agreement") between

Lockheed and Fincantieri—to which Huntington is not a party—and moved for a preliminary

injunction. *Fincantieri S.p.A. v. Lockheed Martin, Corporation*, No. 1:17-cv-01345-EGS, Dkt

Nos. 1, 3.

15.     On July 12, 2017, pursuant to the arbitration clause of the Teaming Agreement,

Fincantieri submitted a Demand for Arbitration with the American Arbitration Association.

*Fincantieri S.p.A. v. Lockheed Martin, Corporation*, No. 1:17-cv-01345-EGS, Dkt No. 13.

16.     On July 18, 2017, Fincantieri submitted its First Request for Production of Documents to Defendant Lockheed Martin Corp. *Id.* at 18-1.  Among the requests, Fincantieri requested "All documents concerning, constituting, or reflecting communications between you and entities other than Fincantieri [and affiliated companies], concerning subcontracting proposals or preliminary subcontracting information for the construction of MMSCs to be sold to the Kingdom of Saudi Arabia" and "All subcontracting proposals or preliminary subcontracting information you received from entities other than Fincantieri [and affiliated companies] for the construction of MMSCs to be sold to the Kingdom of Saudi Arabia."

17.     On August 7, 2017, Lockheed ███████████ to Huntington that ██████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████

18.     ██████████████████████████████████████████████ ████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████





22.     On September 1, 2017,

**CLAIMS FOR RELIEF**

**COUNT I**

**Breach of Contract**

23.     All previous paragraphs are incorporated as though fully set forth herein.

24.     Huntington and Lockheed have an enforceable agreement that requires Lockheed

25. ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████

26.     Lockheed's ████████████████████ poses a risk of an imminent breach

of the ██████████████████████ between Lockheed and Huntington, which would

cause irreparable injury to Huntington.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Huntington demands a

trial by jury.

## PRAYER FOR RELIEF

Plaintiff asks the Court to grant the following relief:

1.     Issue a declaratory judgment that (i) the ████ between Lockheed and Huntington

███████████████████████████████████████████; and

(ii) ████████████████████████████████████

███████████████████████████████████████

█████████████████████████████

2.     Issue a temporary restraining order or preliminary injunction prohibiting

Lockheed ████████████████████████████████

████████████████

3.     Issue a permanent injunction prohibiting Lockheed from ████████████████

████████████████████████████████████;

4.     Issue any other relief the Court deems appropriate.

September 1, 2017                            Respectfully submitted,

                                             /s/ Carl Nichols
                                             Carl Nichols (D.C. Bar No. 466889)
                                             WILMER CUTLER PICKERING HALE & DORR
                                                LLP
                                             1875 Pennsylvania Ave. N.W.
                                             Washington, D.C. 20006
                                             Telephone: 202-663-6000
                                             Fax: 202-663-6363

                                             Attorney for Huntington Ingalls Incorporated